IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19-CR-00271 |
| DAWIT M. BELETE (5) | § | |

## MOTION TO UNSEAL SECOND SUPERSEDING INDICTMENT

The Second Superseding Indictment in the above-numbered cause has been ordered sealed by the Court and;

The United States would show that **Dawit M. Belete** has been arrested in the Central District of California. The Central District of California is requesting that our case be unsealed as to this defendant.

The United States, by and through its undersigned counsel, respectfully moves this Court for an Order unsealing the above-numbered Second Superseding Indictment as to this defendant.

Respectfully submitted,

STEPHEN J. COX
United States Attorney

__/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed via e-mail transmission to defense counsel on June 25, 2020.

                                                ___/s/_____
                                                HEATHER RATTAN